**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 20-22227-CIV-WILLIAMS**

JAMES STORM,

     Plaintiff,

v.

CARNIVAL CORP., *et al.*,

     Defendants.

_____/

## ORDER

    **THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation (DE 27) on Defendant Carnival Corporation's Motion to Dismiss (DE 16).  Defendant filed no objections to the Report.

    Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 27) is **AFFIRMED AND ADOPTED**.

2. Defendant Carnival Corporation's Motion to Dismiss (DE 16) is **DENIED**.

3. Defendant Carnival Corporation shall file an answer to the Amended Complaint within 14 days of the date of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>27th</u> day of October, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE